In the Matter of MORRIS H. SIEGEL, Respondent, against HAROLD J. CRAWFORD, a Justice of the Municipal Court of the City of New York, Respondent.

MAE HARDING, Intervener, Appellant.

Submitted January 3, 1944; decided January 13, 1944.

820

*E. F. W. Wildermuth* for motion.
*Lawrence S. Timen* opposed.

*Per Curiam.* The motion is granted to the extent that the respondent is directed to accept service of notice of appeal from the order of the Appellate Division entered on the 7th day of July, 1943. The other orders appealed from are not appealable to this court without permission of the Appellate Division. The appeal so taken must be perfected by giving of a new bond within ten days from date.